UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Jonathan Abraham Hough**                                    **Docket No. 5:15-CR-99-1FL**

**Petition for Action on Supervised Release**

COMES NOW Arthur B Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Jonathan Abraham Hough, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base and Cocaine, 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)(iii), was sentenced by the Honorable Rebecca Beach Smith, U.S. District Judge for the Eastern District of Virginia, on September 21, 2005, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Jonathan Abraham Hough was released from custody on October 3, 2014, at which time the term of supervised release commenced.

On April 7, 2015, Transfer of Jurisdiction to the Eastern District of North Carolina was completed and filed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 5, 2015, the defendant was charged with Misdemeanor Larceny and Misdemeanor Resisting Public Officer (15CR207715) in Wake County, North Carolina. He turned himself in on Monday April 6, 2015, to law enforcement in Wake County, and was released on bond. He admits that he "messed up" and that when he later sobered up that night he knew he was in trouble. He states that the evening started with him drinking a lot of alcohol. The defendant also admits to using marijuana at some point that day. He signed an admission of use form confirming his use of marijuana. The defendant was referred to drug/alcohol treatment and the probation office is requesting that an Alcohol Abstinence condition be added to his conditions of supervision, in response to the fact that his criminal conduct seems to stem from substance abuse issues. We are requesting that the state charges be allowed to work their way through the state court system and that there be no further actions taken by this court other than the addition of the requested conditions. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

Jonathan Abraham Hough
Docket No. 5:15-CR-99-1FL
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller | /s/Arthur B Campbell |
| Jeffrey L. Keller | Arthur B Campbell |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8677 |
| | Executed On: April 10, 2015 |

## ORDER OF THE COURT

Considered and ordered this __14th__ day of __April__, 2015 and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge