UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Jonathan Abraham Hough            Docket No. 5:15-CR-99-1FL

### Petition for Action on Supervised Release

COMES NOW Arthur B Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Jonathan Abraham Hough, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base and Cocaine, 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)(iii), was sentenced by the Honorable Rebecca Beach Smith, U.S. District Judge for the Eastern District of Virginia, on September 21, 2005, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Jonathan Abraham Hough was released from custody on October 3, 2014, at which time the term of supervised release commenced.

On April 7, 2015, Transfer of Jurisdiction to the Eastern District of North Carolina was completed and filed.

On April 10, 2015, a Petition for Action on Supervised Release was submitted to the court in response to the defendant being charged with Misdemeanor Larceny and Misdemeanor Resisting Public Officer (15CR207715). The defendant's conditions of supervision were modified to include an Alcohol Abstinence condition. The Court agreed and ordered the same on April 15, 2015.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 27, 2015, the defendant was arrested and charged with Driving While Impaired and Failure to Maintain Lane Control (15CR223720) in Wake County, North Carolina. He reported the law enforcement contact and knows that he has a drinking problem. On October 30, 2015, a urinalysis sample was obtained and submitted to the lab for testing. We received notice that his test was negative for all drug use. At this time the probation office is requesting that the defendant be placed on electronic location monitoring and remote alcohol testing for a term of 60 consecutive days in response to the new criminal conduct and violation of his alcohol abstinence condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all of the cost of the program.

2. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 60 consecutive days. The defendant must pay all of the cost of the program.

**Jonathan Abraham Hough**
**Docket No. 5:15-CR-99-1FL**
**Petition For Action**
**Page 2**

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Michael C. Brittain | /s/Arthur B Campbell |
| Michael C. Brittain | Arthur B Campbell |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8677 |
| | Executed On: November 6, 2015 |

### ORDER OF THE COURT

Considered and ordered this __9th__ day of __November__, 2015 and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge