UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jonathan Hough**                                            **Docket No. 5:15-CR-99-FL**

**Petition for Action on Supervised Release**

COMES NOW Arthur B Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jonathan Hough, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base and Cocaine, 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)(iii), was sentenced by the Honorable Rebecca Beach Smith, U.S. District Judge, on September 21, 2005, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Jonathan Hough was released from custody on October 3, 2014, at which time the term of supervised release commenced.

On April 7, 2015, Transfer of Jurisdiction to the Eastern District of North Carolina was completed and filed.

On April 10, 2015, a Petition for Action on Supervised Release was submitted to the court in response to the defendant being charged with Misdemeanor Larceny and Misdemeanor Resisting Public Officer (15CR207715). The defendant's conditions of release were modified to include an Alcohol Abstinence condition. The court agreed and ordered the same on April 15, 2015.

On November 6, 2015, a Petition for Action on Supervised Release was submitted to the court in response to the defendant being charged with Driving While Impaired and Failure to Maintain Lane Control (15CRS223720). The defendant's conditions were modified to include 60 days of Curfew with Electronic Monitoring and Remote Alcohol Monitoring for 60 days as well.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 7, 2017, the defendant committed the offense of Driving While Impaired (17CR208336) which is pending in state court. While waiting on the documentation on this case, the defendant was charged with Simple Possession of a Controlled Substance (17CR731062) on May 30, 2017. As a sanction for these offenses it is recommend that the defendant serve 10 days in the custody of the Bureau of Prisons and be placed back on remote alcohol monitoring for a period of 90 days. The defendant has been warned any further noncompliance of supervision will result in a request for Motion for Revocation.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 10 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

2. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 90 consecutive days.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Arthur B Campbell<br>Arthur B Campbell<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8677<br>Executed On: June 23, 2017 |

**ORDER OF THE COURT**

Considered and ordered this __26th__ day of __June__, 2017, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge